UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
(DAVENPORT DIVISION)

| | |
|---|---|
| Lynn Hauser and Monica Cook, Individually and as Co-Administrators of the Estate of Agnus Hauser<br><br>    Plaintiffs,<br><br>v.<br><br>The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society - Davenport,<br><br>    Defendant. | No. 10-91<br>Scott County No. LACE116132<br><br>**NOTICE OF REMOVAL**<br><br>**(ORAL ARGUMENT REQUESTED, IF NEEDED)** |

COMES NOW the Defendant, The Evangelical Lutheran Good Samaritan Society ("the Society"), and hereby petitions for removal of this action, pursuant to United States Code Sections 1332(a)(1), 1441(a) and 1446, and pray that this cause be removed from the Iowa District Court for Scott County, Iowa, in which this action is pending bearing No. LACE116132, to the United States District Court for the Southern District of Iowa (Davenport Division). This Notice of Removal is based on the following grounds:

1. Defendant, the Society, was served with the Petition and Jury Demand on June 24, 2010.

2. This Notice of Removal by The Society is timely filed as it is filed within thirty (30) days of alleged service upon Defendants pursuant to 28 United States Code Section 1446(b).

3. Plaintiff Lynn Hauser was at the time of the filing of its Petition and Jury Demand and at all other times material, a citizen of the state of Florida. (A copy of the Petition at Law and Jury Demand is attached hereto as Exhibit "A" and by this reference made a part hereof).

4. Plaintiff Monica Cook was at the time of the filing of its Petition and Jury Demand and at all other times material, a citizen of the state of Iowa.

#1716875

5. Agnus Hauser was at all times material, a citizen of the state of Iowa.

6. Pursuant to 28 U.S.C. § 1446(a), a list of all pleadings, process and orders served in the state court action is set forth in the Statement Pursuant to Local Rule 81.1 filed simultaneously herein. (A copy of the Petition at Law and Jury Demand filed in state court is attached hereto as Exhibit "A" and a copy of the Return of Service of Original Notice is attached hereto as Exhibit "B").

7. The Society was, at the time of the filing of the Petition and Jury Demand and at all other times material hereto, a corporation organized under the laws of the State of North Dakota. (A copy of the corporate summary from the Iowa Secretary of State's website is attached hereto as Exhibit "C" and by this reference made a part hereof).

8. The Society has it home office in South Dakota and has its center of direction, control, and coordination in the state of South Dakota. (See Ex. C and Declaration of Thomas J. Kapusta attached hereto as Exhibit "D" and by this reference made a part hereof).

9. The Plaintiffs' Petition seeks, among other relief, compensatory damages for alleged negligence allegedly sustained as a result of Defendant's alleged negligent delivery of nursing home care, allegedly causing the death of Ms. Hauser.

10. In addition, Plaintiffs have claimed damages for loss of parental consortium.

11. Based on the content of the Petition, the Defendants believe in good faith that the amount in controversy exceeds the amount of $75,000.00, exclusive of interests and costs.

12. This action is one of a civil nature in which the District Court of the United States has original jurisdiction in that it involves a controversy wholly between citizens of different states and the amount in controversy between the parties is in good faith believed to be in excess of $75,000.00, exclusive of interests and costs. Therefore, this action is removable pursuant to 28 U.S.C. §§ 1332(a)(1), 1441(a) and 1446.

13. The Defendants are contemporaneously herein serving a copy of this Notice upon the Clerk of the District Court of Scott County and upon counsel for the Plaintiffs.

14. This Notice is neither a general appearance nor a waiver of any rights or defenses. Counsel for the Defendant certifies that the allegations set forth above have been stated in accordance with the requirements of Federal Rule of Civil Procedure 11.

15. If the Court deems that the diversity of the parties or the sufficiency of the amount in controversy in this action is not facially apparent from the allegations set forth in the Petition and this Notice of Removal, the Defendant requests to be heard at oral argument on this Notice of Removal and the opportunity to present evidence to establish the diversity of the parties and the amount in controversy being in excess of $75,000.00.

WHEREFORE the Defendant, The Evangelical Lutheran Good Samaritan Society, prays that the above-entitled action be removed from the District Court of Scott County, Iowa, to the United States District Court for the Southern District of Iowa (Davenport Division).

/s/ Stanley J. Thompson
Stanley J. Thompson, AT0007811
Samuel P. Langholz, AT0009805
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
E-mail: StanThompson@davisbrownlaw.com
SamLangholz@davisbrownlaw.com

ATTORNEYS FOR DEFENDANT

COPY TO:

James J. Biscoglia
Gregory W. Landry
LaMarca & Landry, P.C.
1820 N.W. 118th Street, Suite 200
Des Moines, Iowa 50325

ATTORNEYS FOR PLAINTIFFS

Scott County Clerk of Court
Scott County Courthouse
400 West 4th Street
Davenport, Iowa 52801-1104

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on July 14, 2010 by:

__ U.S. Mail         __ FAX
__ Hand Delivered    __ Overnight Courier
__ Federal Express   X Other: CM-ECF Filing

Signature:  /s/ Stanley J. Thompson