# EXHIBITS
# A - D

# COPY

## IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| LYNN HAUSER and MONICA COOK, Individually and as Co-Administrators of the Estate of AGNUS HAUSER,<br><br>Plaintiffs,<br><br>v.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY d/b/a GOOD SAMARITAN SOCIETY-DAVENPORT,<br><br>Defendant. | LAW NO. _____<br><br>*ORIGINAL NOTICE*<br><br>A TRUE COPY<br>DENNIS CONARD<br>SHERIFF, SCOTT COUNTY, IOWA<br>DATE OF SERVICE _____ |

TO THE ABOVE-NAMED DEFENDANT:
The Evangelical Lutheran Good Samaritan Society d/b/a
Good Samaritan Society-Davenport
700 Waverly Road
Davenport, Iowa 52804

    You are notified that a Petition has been filed in the office of the clerk of this court, naming you as the Defendant in this action. A copy of the Petition is attached to this notice. The attorneys for the Plaintiffs are James J. Biscoglia and Gregory W. Landry, whose address is LaMarca & Landry, P.C., 1820 NW 118th Street, Suite 200, Des Moines, IA 50325. The attorneys' phone number is (515) 225-2600, and facsimile number is (515) 225-8581.

    You must serve a motion or answer within 20 days after service of this Original Notice upon you, and within a reasonable time thereafter file your motion or answer with the Clerk of Court for Scott County at the courthouse in Davenport, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition.

    If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (563) 328-4145. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

JULIE C. CARLIN
CLERK OF COURT
Scott County Courthouse
400 W. 4th Street
Davenport, IA 52801-1033


EXHIBIT A

**IMPORTANT:**
YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

COPY

FILED
2010 JUN 15  AM 10: 3

IN THE IOWA DISTRICT COURT FOR SCOTT COUNTY

| | |
|---|---|
| LYNN HAUSER and MONICA COOK, Individually and as Co-Administrators of the Estate of AGNUS HAUSER,<br><br>Plaintiffs,<br><br>v.<br><br>THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY d/b/a GOOD SAMARITAN SOCIETY - DAVENPORT,<br><br>Defendant. | LAW NO. 116132   CLERK OF DISTRICT COURT SCOTT COUNTY, IOWA<br><br>**PETITION AT LAW**<br>*Jury Trial Requested* |

COME NOW the Plaintiffs, Lynn Hauser and Monica Cook, Individually and as Co-Administrators of the Estate of Agnus Hauser, and for their causes of action against the Defendant, The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society – Davenport (Good Samaritan Society), state the following:

**PARTIES, JURISDICTION, AND VENUE**

1. Lynn Hauser is a surviving child of Agnus Hauser, deceased, and resides in Pensacola, Florida

2. Monica Cook is a surviving child of Agnus Hauser, deceased, and resides in Davenport, Iowa.

3. Lynn Hauser and Monica Cook are the court appointed Administrators of the Estate of Agnus Hauser and have been authorized by the laws of Iowa to bring this action on behalf of the Estate of Agnus Hauser.

4. Good Samaritan Society, at all times material thereto, was a duly licensed, fully skilled, Medicare approved nursing facility in Scott County, Iowa.

COPY

5. Agnus Hauser, at all times material thereto, was a resident of Scott County, Iowa.

6. The acts and omissions giving rise to Plaintiffs' causes of action occurred in Scott County, Iowa.

7. The amount in controversy exceeds the maximum jurisdictional amount for small claims court.

## OPERATIVE FACTS

8. Agnus Hauser was a resident of Good Samaritan Society, in Davenport, Iowa, from February 27, 2009 to August 11, 2009.

9. Defendant Good Samaritan Society, at all times material hereto, held itself out to the public as having special knowledge, training, and skilled nursing services in the areas of rehabilitation, long-term care, assisted living, and senior living.

10. Defendant Good Samaritan Society employed licensed staff to provide nursing care to residents such as Agnus Hauser.

11. Agnus Hauser was admitted to Good Samaritan Society for long-term care.

12. The nursing staff at Good Samaritan Society failed to properly and adequately assess Agnus Hauser's risk of falling, and failed to develop adequate intervention and supervision to prevent falls.

13. As a result of the staff's failure to develop adequate intervention and supervision to prevent falls, Agnus Hauser fell in her bedroom on May 17, 2009.

14. On May 17, 2009, Agnus Hauser was transferred to Genesis West Hospital in Davenport, Iowa where emergency staff determined that Agnus Hauser fractured her neck when she fell out of her bed.

COPY

15. Agnus Hauser was placed in a neck halo for her injuries.

16. Once Agnus Hauser was deemed to be in stable condition, she was discharged and returned to Good Samaritan Society.

17. While Agnus Hauser was at Good Samaritan Society, the neck halo caused the skin and tissue on Agnus Hauser's neck to rub and tear off, resulting in a need for aggressive wound care with debridement.

18. On June 12, 2009, Agnus Hauser was admitted to Genesis West Hospital to have a permanent halo placed on her neck. She remained an in-patient at the hospital for one week.

19. On August 11, 2009, Agnus Hauser passed away as a result of complications from the fall.

## COUNT I – MEDICAL MALPRACTICE OF DEFENDANT GOOD SAMARITAN SOCIETY

20. Plaintiffs Lynn Hauser and Monica Cook reallege paragraphs 1-19 as if fully set forth herein.

21. Defendant Good Samaritan Society was negligent in the care and treatment of Agnus Hauser in one or more of the following ways:

    a.    Failing to properly assess Agnus Hauser's risk of falls;

    b.    failing to develop adequate interventions to prevent falls;

    c.    failing to adequately train its staff to assess residents' risk of falling;

    d.    failing to use the degree of skill, care, and learning ordinarily possessed and exercised by similarly situated skilled nursing facilities;

COPY

    e.    failing to properly care and treat Agnus Hauser's injuries;

    f.    failing to provide a sufficient quality of life to their residents, such as Agnus Hauser; and,

    g.    failing to act in a reasonable manner under the circumstances then and there existing.

22. The negligence of Defendant Good Samaritan Society was a proximate cause of the injuries, ultimately the death, and damages sustained by Agnus Hauser, the Estate of Agnus Hauser, and her children as hereinafter set forth.

## COUNT II – LOSS OF PARENTAL CONSORTIUM

23. Plaintiffs Lynn Hauser and Monica Cook reallege paragraphs 1-22 as if fully set forth herein.

24. As a result of the acts and omissions of Defendant Good Samaritan Society, Lynn Hauser and Monica Cook have incurred the loss of Agnus Hauser's services, support, companionship, cooperation, affection, attention, and aid as their mother.

## DAMAGES

25. As a result of the negligence of Defendant Good Samaritan Society, prior to her death, Agnus Hauser suffered damages as follows:

    a.    pain and suffering until the time of her death;

    b.    mental anguish until the time of her death;

    c.    permanent physical impairment;

    d.    permanent mental impairment;

    e.    emotional impairment until the time of her death;

COPY

    f.    emotional distress until the time of her death;

    g.    decreased ability to lead a normal life.

26. Lynn Hauser and Monica Cook, as Co-Administrators of the Estate of Agnus Hauser, are entitled to recover damages on behalf of the Estate of Agnus Hauser and for her surviving children, as follows:

    a.    The Estate of Agnus Hauser is entitled to recover damages for the present work or value of the Estate that Agnus Hauser would reasonably have been expected to have saved and accumulated as a result of her efforts between the time of her premature death and the time of her natural life if she had lived;

    b.    The Estate of Agnus Hauser is entitled to recover funeral and burial expenses as well as interest on the costs of funeral and burial expense for the period between the date of his premature death and the date on which she could have been expected to die;

    c.    The Estate of Agnus Hauser is entitled to recover for her pain and suffering, and mental anguish until the time of his death;

    d.    The Estate of Agnus Hauser is entitled to recover for injuries and damages sustained by Lynn Hauser and Monica Cook, her surviving children, for loss of consortium, including love, affection, services, society, and companionship as a result of the premature death of their mother, Agnus Hauser.

COPY

**WHEREFORE**, Plaintiffs Lynn Hauser and Monica Cook, Individually and as Co-Administrators of the Estate of Agnus Hauser, pray for judgment against the Defendant, Good Samaritan Society, and requests that monetary judgment be entered against them for the injuries and damages sustained by the Estate of Agnus Hauser, and by her children, for their negligent acts and omissions and the resulting death of Agnus Hauser, together with interest and all costs as provided by law.

## JURY DEMAND

Plaintiffs hereby request a jury trial of all issues so triable in this action.

Respectfully Submitted,

LaMARCA & LANDRY, P.C.

By_____
James J. Biscoglia  AT0000939
Gregory W. Landry  AT0004579
1820 N.W. 118th Street, Suite 200
Des Moines, Iowa  50325
Telephone: 515-225-2600
Facsimile: 515-225-8581
E-Mail: James@lamarcalandry.com
Greg@lamarcalandry.com

ATTORNEYS FOR PLAINTIFFS

Original filed.

Return of Service
in The Iowa District Court for Scott County
(This is not an invoice – an advance deposit may have been sent)

Case Name: _____

Case No. **116132**

Notice received this date  6/24/2010

2010 JUN 28 AM 8:27

CLERK OF D[IST]. [COURT]
SCOTT COU[NTY, IA]

STATE of IOWA  )
               )
Scott County   )

Type of Service Code

( ) Personal — 1
( ) Dwelling/Substitute — 2
( ) Hotel, Boarding/Rooming House — 3
( ) Corporation/Association — 4
( ) Official (State, County, City) — 5
( ) Spouse away from Residence — 6
( ) Other _____ — 7

I certify that I served a copy of:
(✓) Petition and Original Notice
( ) Modification/Application and Notice
( ) Order to Show Cause

( ) Order Filed _____
( ) Writ
(✓) Other  _Interrogatories / Request for Documents_
( ) Subpoena

**Served Person(s):**                                                              Type Code

_____ at _____ on _____  [ ]
  (name)          (address)        (date  Time)

Notes:

**Served Substitute:**

_____ by serving _____  [ ]
  (name)                (name)

at _____ on _____, (a person residing therein who was then at least 18 years old
  (address)      (date  Time)   OR spouse away from residence).   (strike non-applicable part.)

Notes:

**Served Business:**

**GOOD SAMARITAN SOCIETY**  by serving  **DEB SPERRY/PAULA CLARK**  [ ]
(Company/Government Unit Name)                    (name)

_____ , on  6/24/2010 11:35 , at  700 WAVERLY RD, DAV
  (title)          (date  time)            (address)

Notes:

Fees
Service... $45.00
Copies... $0.50
Mileage... $1.50
           $47.00

Scott County Sheriff  Dennis Conard

By  **Deputy Josh Wall**
         (Deputy Sheriff)

EXHIBIT
B

Note: Copy of Original Notice, if served, must be attached to this form.

Site Map | Contact Us

# Michael A. Mauro

**Business Services**

**Search Databases**

**Online Filing**

**Voter/Elections**

**Notaries**

**Nonprofits**

**Youth/Civic Events**

**Press/Media**

**Publications**

**About the Office**

**Useful Links**

**Contact Us**

Home → Search Databases → Iowa Corporations → Results → Summary

## Search Databases

Addresses    Agents    Filings    Names    Officers    Stock    Summary    Search Again

### Summary

Searched: **good samaritan**

Print Certificate of Authorization

| Corp No. | Legal Name | Status |
|---|---|---|
| 65101 | THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY | Active |

| Type | State of Inc. | Modified |
|---|---|---|
| Legal | ND | No |

| Expiration Date | Effective Date | Filing Date |
|---|---|---|
| PERPETUAL | 9/28/1967 | 9/28/1967 |

| Chapter |
|---|
| CODE 504 REVISED FOREIGN NON-PROFIT |

**Names** (viewing 3 of 24)

| Type | Status | Modified | Name |
|---|---|---|---|
| Legal | Active | No | THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY |
| Fictitious name | Active | No | GOOD SAMARITAN SOCIETY - ALGONA |
| Fictitious name | Active | No | GOOD SAMARITAN SOCIETY - DAVENPORT |

**Registered Agent or Reserving Party**

| Full Name | C T CORPORATION SYSTEM |
|---|---|
| Address | 500 EAST COURT AVENUE |
| Address 2 | |
| City, ST, Zip | DES MOINES, IA, 50309 |

**Home Office**

| Full Name | |
|---|---|
| Address | 4800 W 57TH ST |
| Address 2 | PO BOX 5038 |
| City, ST, Zip | SIOUX FALLS, SD, 571175038 |

Home | State of Iowa | Site Map | Contact Us



EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
(EASTERN DIVISION)

| | |
|---|---|
| Lynn Hauser and Monica Cook, Individually and as Co-Administrators of the Estate of Agnus Hauser<br><br>Plaintiffs,<br><br>v.<br><br>The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society - Davenport,<br><br>Defendant. | No. _____<br>Scott County No. LACE116132<br><br>**DECLARATION FOR THE EVANGELICAL LUTHERAN GOOD SAMARITAN SOCIETY** |

I, Thomas J. Kapusta, do hereby declare that I am the Vice President and Chief Legal Officer of the Evangelical Lutheran Good Samaritan Society ("the Society") and have personal knowledge of the following:

1. The Society has its corporate headquarters in Sioux Falls, South Dakota.

2. The Society's officers direct, control, and coordinate the Society's activities from this office in South Dakota.

The declarant further sayeth not.

Dated: 7-12-2010

_____
Vice President and Chief Legal Officer

STATE OF SOUTH DAKOTA )
                       ) ss:
COUNTY OF Minnehaha    )

SUBSCRIBED AND SWORN to before me on this 12th day of July, 2010.

JANE MUTH VEQUIST
NOTARY PUBLIC
SOUTH DAKOTA

_____
NOTARY PUBLIC IN AND FOR THE STATE OF SOUTH DAKOTA

#1860001

EXHIBIT D