UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
(DAVENPORT DIVISION)

| | |
|---|---|
| Lynn Hauser and Monica Cook, Individually and as Co-Administrators of the Estate of Agnes Hauser<br><br>Plaintiffs,<br><br>v.<br><br>The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society - Davenport,<br><br>Defendant. | No. 3:10-CV-0091-CRW-RAW<br><br>**STIPULATION OF DISMISSAL** |

COME NOW the Plaintiffs, Lynn Hauser and Monica Cook, Individually and as Co-Executors of Estate of Agnes Hauser, and the Defendant, The Evangelical Lutheran Good Samaritan Society d/b/a Good Samaritan Society - Davenport, by and through its attorneys, and, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii), hereby dismiss this matter in its entirety with prejudice.

/s/ James J. Biscoglia
James J. Biscoglia
LaMarca & Landry, P.C.
1820 N.W. 118th Street, Suite 200
Des Moines, Iowa 50325
Telephone: (515) 225-2600
Facsimile: (515) 225-8581
james@lamarcalandry.com

ATTORNEY FOR PLAINTIFFS

/s/ Stanley J. Thompson
Stanley J. Thompson
Davis, Brown, Koehn, Shors & Roberts, P.C.
215 10th Street, Suite 1300
Des Moines, Iowa 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
E-mail: StanThompson@davisbrownlaw.com

ATTORNEY FOR DEFENDANT

#1875101